UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 07 2023
TAMMY H. DOWNS, CLERK
By: _____, DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:23CR 00042 LPR |
| | ) | |
| v. | ) | 18 U.S.C. § 875(c) |
| | ) | |
| HUNTER HOLMAN | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about February 8, 2023, in the Eastern District of Arkansas and elsewhere, the defendant,

HUNTER HOLMAN,

did knowingly transmit in interstate or foreign commerce a communication containing a threat to injure the person of another with the intent to communicate a true threat and with the knowledge that the communication would be viewed as a true threat, that is, the defendant called Esporta Fitness, in Little Rock, Arkansas, and told an employee, "You are a fucking n*****," "you're a fucking f****t dude," and "I'm going to murder you. I have an AR-15." (The threat that the defendant conveyed used slurs for members of the LGBTQ+ and African American communities).

(END OF TEXT. SIGNATURE PAGE ATTACHED).