# UNITED STATES DISTRICT COURT

DISTRICT OF

USA
v.
Hunter Holman

**EXHIBIT AND WITNESS LIST**

Case Number: 4:23-cr-42-LPR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jerome T. Kearney, USMJ | Kristin Bryant, AUSA | Molly Sullivan, FPD |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|  | L Colema | L Colema |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 4/3/23 |  | ✓ | Criminal Complaint |
| 2a |  | " " |  | ✓ | Transcript of phone call to Esporta Fitness |
| 3a |  | " " |  | ✓ | " |
| 4a |  | " " |  | ✓ | " |
| 2-5 |  | " " |  | ✓ | CD of Calls |
| 6 |  | " " |  | ✓ | Las Vegas Police Dept Case Report |
| 7 |  | " " |  |  | " Declaration of Arrest R |
| 8 |  | " | 1 | ✓ | Emergency Ex Parte Petition for Temp Guardianship |
|  |  |  |  |  |  |
|  |  |  |  |  | Gov Witness<br>Ashley Boxwell |
|  |  |  |  |  |  |
|  |  |  |  |  | Defense Witness<br>Ed Holman |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages