**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

UNITED STATES OF AMERICA                                                              PLAINTIFF

V.                               Case No. 4:23-cr-00042-LPR-1

HUNTER HOLMAN                                                                          DEFENDANT

## ORDER OF DETENTION

Defendant Hunter Holman appeared today with counsel for a bond hearing. (Doc. No. 15) The Government sought detention based on danger to the community and offered witness testimony about the evidence for the underlying charges. Mr. Holman requested he be released to a mental health facility for treatment and that his father serve as his third-party custodian.

The Court is concerned about the violent nature of Mr. Holman's frequent and recent threats to certain groups, including black individuals and members of the LGBTQ community. Additionally, even more concerning to the Court is the allegation that Mr. Holman has actually acted on those threats by attempting to run over a black family and then getting into a physical altercation. After carefully listening to testimony and argument from counsel, the Court finds by clear and convincing evidence that no conditions or combination of conditions will reasonably assure the safety of the community. Therefore, the Court orders Mr. Holman detained pending his trial.

While detained, Defendant must be afforded a reasonable opportunity to consult privately with defense counsel in person, by telephone, and by video conferencing, if feasible. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Defendant to the United States Marshal for a court appearance.

SO ORDERED this 3rd day of April, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE